**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GIANCARLO ALVARADO, OYA KONYALI, BRIDGETTE J. RENFORD, AUDRA HINDS, and LUZ MARIA VARGAS GUZMAN,

*Plaintiff*,

-against-

GABRIEL SHIMUNOV SALON LLC, and GABRIEL SHIMUNOV, individually,

*Defendants.*

**No. 1:26-cv-00295-JW**

**JUDGMENT**

**WHEREAS**, on August 12, 2026, Defendants GABRIEL SHIMUNOV SALON LLC, and GABRIEL SHIMUNOV (collectively, "Defendants") served upon Plaintiffs GIANCARLO ALVARADO, OYA KONYALI, BRIDGETTE J. RENFORD, AUDRA HINDS, and LUZ MARIA VARGAS GUZMAN (collectively, "Plaintiffs"), an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

**WHEREAS**, on August 12, 2026, Plaintiffs GIANCARLO ALVARADO, OYA KONYALI, BRIDGETTE J. RENFORD, AUDRA HINDS, and LUZ MARIA VARGAS GUZMAN served upon Defendants a Notice of Acceptance of the Rule 68 Offer of Judgment;

**WHEREAS**, the Rule 68 Offer of Judgment, the Notice of Acceptance, and proofs of service thereof have been filed with the Court pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the Plaintiffs GIANCARLO ALVARADO, OYA KONYALI, BRIDGETTE J. RENFORD, AUDRA HINDS, and LUZ MARIA VARGAS GUZMAN and against Defendants GABRIEL SHIMUNOV SALON LLC, and GABRIEL SHIMUNOV, jointly and severally, with respect to the Plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and the New York Labor

Law, in the total amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), inclusive of all damages, liquidated damages, statutory penalties, pre-judgment interest, costs, expenses, and attorneys' fees.

Dated: New York, New York

By: Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge
September 30, 2026